1  Timothy M. Freudenberger, State Bar No. 138257
   Kent J. Sprinkle, State Bar No. 226971
2  Connor J. Moyle, State Bar No. 250384
   CARLTON DiSANTE & FREUDENBERGER LLP
3  601 Montgomery Street
   Suite 350
4  San Francisco, California 94111
   Telephone: (415) 981-3233
5  Facsimile: (415) 981-3246
   E-Mail: tfreud@cdflaborlaw.com
6          ksprinkle@cdflaborlaw.com
           cmoyle@cdflaborlaw.com
7
   Attorneys for Defendant
8  TVI, INC.

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12 | PETRINA SMITH, an individual on behalf of      ) Case No. CV-08-4679 EMC
   | herself, and on behalf of all persons similarly ) 
13 | situated,                                       ) Judge: Hon. Edward M. Chen
                                                    ) Ctrm:  C, 15th Floor
14 |             Plaintiff,                         )
   |     vs.                                        ) **STIPULATION EXTENDING TIME BY**
15 |                                                ) **WHICH DEFENDANT TVI, INC. MUST**
   | TVI, INC., a Washington corporation conducting ) **FILE ITS RESPONSIVE PLEADING TO**
16 | business in the State of California, and Does 1 to ) **PLAINTIFF'S COMPLAINT FOR**
   | 10,                                             ) **DAMAGES AND RELIEF** ; ORDER
17 |                                                )
   |             Defendant.                         ) Action Filed:  October 9, 2008
18 |_____) Trial Date:    None Set

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | WHEREAS, Plaintiff Petrina Smith's Complaint for Damages and Relief ("Complaint") was served on Defendant TVI, Inc. ("TVI") on October 17, 2008; |
| 3 | WHEREAS, pursuant to Federal Rule of Civil Procedure 12, TVI's responsive pleading to Plaintiff's Complaint is presently due to be filed on November 6, 2008; |
| 5 | WHEREAS, as required by Local Rule 6-1(a), this stipulation does not alter the date of any event or any deadline already fixed by the Court; |
| 7 | IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR COUNSEL OF RECORD THAT the time for TVI to answer or otherwise respond to Plaintiff Petrina Smith's Complaint in the instant case is extended to and including November 20, 2008. |
| 10 | IT IS SO STIPULATED. |

Dated: November 4, 2008            CARLTON DiSANTE & FREUDENBERGER LLP

By: /S/ - Kent J. Sprinkle_____
    Kent J. Sprinkle
Attorneys for Defendant
TVI, Inc.

Dated: November 4, 2008            MORRIS and ASSOCIATES

By: /S/ - Stephen B.Morris_____
    Stephen B. Morris
Attorneys for Plaintiff
Petrina Smith

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California [seal]*

1

Case No. CV-08-4679 EMC
STIPULATION EXTENDING TIME TO FILE
RESPONSIVE PLEADING TO COMPLAINT