1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

| | |
|---|---|
| PETRINA SMITH, an individual on behalf of herself, and on behalf of all persons similarly situated,<br><br>     Plaintiff,<br> vs.<br><br>TVI, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10.<br>_____ | Case No. CV-08-4679 MHP<br><br>Judge: Hon. Marilyn H. Patel<br>Ctrm: 15, 18th Floor<br><br>[PROPOSED] ORDER APPROVING STIPULATION AND DISMISSAL OF PLAINTIFF'S INDIVIDUAL AND COLLECTIVE FLSA CLAIMS, WITH PREJUDICE<br><br>Action Filed: October 9, 2008<br>Trial Date: None Set |

CARLTON DiSANTE & FREUDENBERGER LLP
337740.1

Case No. CV-08-4679 MHP
ORDER APPROVING STIPULATION AND
DISMISSAL OF FLSA CLAIMS

THE COURT HEREBY APPROVES the "Stipulation Regarding Dismissal of Plaintiff's Individual and Collective FLSA Claims, With Prejudice," ("stipulation") filed and signed by the parties to this action on April 6, 2009. Specifically, Plaintiff Petrina Smith ("Plaintiff") and Defendant TVI, Inc. ("Defendant" or "TVI") (collectively, the "Parties") stipulated and agreed, through their respective counsel of record, that Plaintiff will and hereby does dismiss all of her individual and collective claims arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 216, with prejudice, as set forth below:

1. In the First Amended Complaint ("FAC"), filed February 5, 2009, Plaintiff alleged claims arising under the FLSA. Specifically, Plaintiff alleged that Defendant improperly classified Plaintiff and other members of the purported class as exempt and failed to pay overtime compensation to Plaintiff and proposed class members.

2. Plaintiff sought to bring her FLSA claim individually and as an opt-in collective action on behalf of "all Operations Supervisors employed in the United States by Defendant during the Class Period," pursuant to 29 U.S.C. Section 216(b).

3. At the February 25, 2009 Case Management Conference in this matter, the Court specifically authorized Defendant to take Plaintiff's "deposition for the purposes of determining her adequacy as a class representative or anything related to what [Defendant] would want to know about her with regard to her status as a class representative." Feb. 25, 2009 CMC transcript at 10:2-7.

4. On March 26, 2009, Defendant took Plaintiff's deposition pursuant to the Court's directive, and inquired into issues related to Plaintiff's adequacy as a class representative. In her deposition, Plaintiff unequivocally testified and admitted that, as an Operations Supervisor at TVI, her most important and primary duty was managing and supervising the Operations department and all of the department's employees. As a result of this and other undisputed testimony by Plaintiff relevant to the FLSA, the Parties agree and hereby stipulate that Plaintiff was <u>not</u> misclassified as exempt under the FLSA, and thus lacks standing to pursue any individual and/or collective claim under the FLSA.

5. As a result of this stipulation, Plaintiff hereby agrees to dismiss, with prejudice, all individual and collective FLSA claims.

6. The Parties are presently considering several options with respect to resolving Plaintiff's remaining California state law claims, but this stipulation for the dismissal of all individual and collective FLSA claims remains binding regardless of the Parties' chosen course of action concerning the resolution of Plaintiff's remaining California state law claims.

7. As a result of this stipulation, the Parties hereby agree, acknowledge and understand that all subsequent motions, pleadings and proceedings in this case henceforth shall concern only Plaintiff's California state law claims, and the Parties will treat all FLSA claims, individual or collective, as if they have already been dismissed with prejudice and are no longer at issue in this case.

The Court hereby approves of the Parties' stipulation, and each of its terms. Therefore, all of Plaintiff's FLSA claims, individual and collective, are hereby dismissed, with prejudice.

**IT IS SO ORDERED.**



Hono___
Unite___
Judge Marilyn H. Patel

337740.1

2

Case No. CV-08-4679 MHP
ORDER APPROVING STIPULATION AND
DISMISSAL OF FLSA CLAIMS